NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EDWARD GREEN,**
*Petitioner*

**v.**

**DEPARTMENT OF THE NAVY,**
*Respondent*

---

2021-1728

---

Petition for review of the Merit Systems Protection Board in No. SF-0752-20-0514-I-1.

---

Before LOURIE, DYK, and REYNA, *Circuit Judges*.

PER CURIAM.

**O R D E R**

The Department of the Navy responds to this court's April 16, 2021 order, urging this court to dismiss the petition for review for lack of jurisdiction. Edward Green has not timely responded to the court's show cause order.

In June 2020, Mr. Green filed an appeal at the Merit Systems Protection Board alleging, among other things, that his removal as Operations Officer was based on age discrimination. On January 20, 2021, the administrative judge issued an initial decision affirming the action. On

February 24, 2021, Mr. Green filed a timely petition for review of the initial decision at the full Board, and that petition remains pending. On March 1, 2021, this court received Mr. Green's petition to review the same decision.

This court does not have authority to decide Mr. Green's case. Although we have jurisdiction to review decisions of the Board concerning personnel actions, *see* 5 U.S.C. § 7703(b)(1)(A), our jurisdiction does not extend to cases in which the petitioner also pursues a discrimination claim, *see* 5 U.S.C. § 7703(b)(2); *Perry v. Merit Sys. Prot. Bd.*, 137 S. Ct. 1975, 1985 (2017). Instead, review of a so-called mixed case must be sought in federal district court. *Perry*, 137 S. Ct. at 1985. Here, it appears the proper district court is the United States District Court for the District of Hawaii.

While the agency argues that we should dismiss, it appears the district court may have jurisdiction despite the pending petition before the Board. *See* 5 U.S.C. § 7702(e)(1)(B) (allowing an employee to file a civil action if "there is no judicially reviewable action" after "the 120th day following the filing of an appeal with the Board under subsection (a)(1)"); *Butler v. West*, 164 F.3d 634, 640 (D.C. Cir. 1999) (finding district court had jurisdiction under similar circumstances). Therefore, we transfer Mr. Green's case to the District Court for the District of Hawaii.

Accordingly,

IT IS ORDERED THAT:

(1) Pursuant to 28 U.S.C. § 1631, this matter and all filings are transferred to the United States District Court for the District of Hawaii.

(2) Each side shall bear its own costs.

FOR THE COURT

June 03, 2021 /s/ Peter R. Marksteiner
Date Peter R. Marksteiner
Clerk of Court

s32